IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION
AT BALTIMORE

BILLY GREER

    Plaintiff,    *

vs.    *  Civil Action No.:MJG 01-CV-3413

CANON MORTGAGE, LLC, et al.  *

    Defendant.    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATED ORDER REGARDING REMAND

Plaintiff Billy Greer and Defendants Canon Mortgage, LLC and Diamond Settlement Services, LLC, through undersigned counsel, stipulate and agree to the following:

  1.  Plaintiff hereby withdraws his motion to remand this litigation to the Circuit Court of Maryland for Baltimore City and his request for attorneys' fees.

  2.  Defendants consent to the remand of this litigation to the Circuit Court of Maryland for Baltimore City.

  3.  The Clerk shall Remand the case to the Circuit Court for Baltimore City, Maryland. /s/ MJG (12/21/01)

[SIGNATURES CONTINUED ON NEXT PAGE]

[SIGNATURES CONTINUED]

Respectfully submitted,

_____          _____
Richard S. Gordon                              Donald A. Rea
Quinn, Gordon & Wolf, Chtd.              Gordon, Feinblatt, Rothman,
40 West Chesapeake Avenue, Suite 408        Hoffberger & Hollander, LLC
Baltimore, Maryland 21204-4803         The Garrett Building
410/825-2300                                        233 East Redwood Street
                                                           Baltimore, Maryland 21202
Denis J. Murphy                                  410/576-4290
Civil Justice, Inc.
321 East 25th Street
Baltimore, Maryland 21218
410/727-1105

Attorneys for Plaintiff                            Attorneys for Defendants


**SO ORDERED** this _21st_ day of _December_ 2001/2002:

_____
Honorable Marvin J. Garbis
United States District Court for the
  District of Maryland, Northern Division

Document1